# EXHIBIT 2

NOWCAST                                                                    Watch on Demand ▶

                                                          ☀ 74°

**BREAKING NEWS:**                                                              ‹  1 / 2  ›  ⏸
Monroeville Convention Center staying open after new agreement is reached   1 HR

Advertisement

# Unpaid nursing home workers walk off job at Jefferson Hills Healthcare and Rehabilitation

Updated: 9:00 PM EST Feb 27, 2024

Infinite Scroll Enabled 

**Sheldon Ingram** 🐦 ✉
Reporter

**JEFFERSON HILLS, Pa. —** A large banner stands outside Jefferson Hills Healthcare and Rehabilitation on Old Clairton Road, saying "hiring."

Staff members say that's because some of their former coworkers walked off the job due to delayed paychecks or none at all.

Advertisement

Several employees tell Pittsburgh's Action News 4 that paychecks were delayed in January and they still have not been paid for the scheduled Feb. 23 payday.

"My initial reaction to the situation was shock," says certified nursing assistant Nikoe Medina. "I've never experienced, in the 27 years that I've been working, ever experienced something where I did not get paid on time."

Jefferson Hills Healthcare and Rehabilitation is owned by the Bonamour Health Group, which has a total of six facilities in western Pennsylvania.

Employees say they have not been given an adequate explanation by the facility administrator about why they haven't been paid,

Administrator Meribeth Tarpley did not respond to a request for a statement to address concerns of employees.

Recommended

Police release video of Oakland sex assault suspect

**What Do You Think?**

Loading survey...

TOP PICKS

#### What is Super Tuesday? Why it matters and what to watch

#### Paris Olympics: Women get equal representation at this year's Games

#### How will wild animals react to the Great Eclipse? Animal experts say to expect some interesting effects

**SPONSORED CONTENT**

#### Your IQ Is 140 If You Name 10 Of These Classic TV Shows 
By Healthy Gem

# WTAE PITTSBURGH

  

Contact Us
News Team
Apps & Social
Email Alerts

Careers
Internships
Advertise
Digital Advertising Terms & Conditions
Broadcast Terms & Conditions
RSS

EEO Reports
Captioning Contacts
Public Inspection File
Public File Assistance
FCC Applications
News Policy Statements

Hearst Television participates in various affiliate marketing programs, which means we may get paid commissions on editorially chosen products purchased through our links to retailer sites.

©2024, Hearst Television Inc. on behalf of WTAE-TV.

Privacy Notice    Your California Privacy Rights    Interest-Based Ads    Terms of Use    Site Map