# EXHIBIT 4

The People's Network



Search for articles…                                    Subscribe              Login

BREAKING NEWS  WATCH NOW  WORLD  POLITICS  SPORTS  TECH  FINANCE  STORIES  WEATHER  MEDRIVA  FOLLOW US  MORE SECTIONS

United States

# Unpaid Wages Crisis Hits Ridgeview Healthcare in Curwensville, PA: Employees Demand Justice

At Ridgeview Healthcare, employees endure financial hardship due to unpaid wages. With union support, they seek justice and fair labor practices.

Nitish Verma
29 Feb 2024 17:13 EST

Follow Us



*Unpaid Wages Crisis Hits Ridgeview Healthcare in Curwensville, PA: Employees Demand Justice*

At Ridgeview Healthcare and Rehabilitation Center in Curwensville, Pennsylvania, employees are facing severe financial hardships as they continue to work without pay, sparking a call for action and justice from the workers and their union. A dietary aid and union steward, Paul Weimer, reveals the distressing

### Latest Stories



Judg
Anti-
Agair
Licer



Iowa
Stud
Men
Rese



The People's Network

Subscribe

BREAKING NEWS  WATCH NOW  WORLD  POLITICS  SPORTS  TECH  FINANCE  STORIES  WEATHER  MEDRIVA  FOLLOW US  MORE SECTIONS

Be the first to get exclus latest news

Your Name

Email address

I'm not a robot

Subscrib

### Financial Hardships and Employer's Evasiveness

Workers at Ridgeview have been left in a dire financial state, with Weimer disclosing a bank balance of merely $0.03 and the added pressure of supporting a family amidst this crisis. The delayed wages have not only affected the employees' ability to meet their basic needs but have also led to a cascade of unpaid bills and financial obligations. The employer's repeated promises of payment "the following day" have not materialized, leaving employees in limbo and searching for answers.

### Union Intervention and Legal Threats



In response to the ongoing crisis, the affected employees are turning to their union, the Workers United Mid-Atlantic Regional Joint Board, for support and legal action against the employer. The union representative has assured the employees of impending justice, signaling a move towards legal action to address the unpaid wages. This move comes as a beacon of hope for the employees, who have continued to fulfill their duties despite the challenging circumstances, driven by their commitment to the residents they serve.

### The Impact of Understaffing on Operations

The situation is further exacerbated by significant understaffing at the center, placing additional strain on the remaining staff members. Weimer notes the challenges of maintaining operations with a reduced workforce, particularly highlighting the impact on the nursing staff. The dedication of the kitchen staff amid these trying times showcases the employees' commitment to their roles and the well-being of the center's residents, despite the personal hardships they face.

ADVERTISEMENT



The People's Network



Subscribe

BREAKING NEWS  WATCH NOW  WORLD  POLITICS  SPORTS  TECH  FINANCE  STORIES  WEATHER  MEDRIVA  FOLLOW US  MORE SECTIONS

resolution to ensure the well-being of both the staff and the residents they care for. The community and stakeholders await the outcome of this situation, hoping for a fair resolution that honors the hard work and dedication of Ridgeview's employees.

## Related Articles



David Camm: Innocence Proclaimed in Oxygen's Dateline Re-airing, Triumph Over Wrongful Conviction



Volunteers in Medicine Expands in Berkshire with Greylock Federal's $75K Grant



50 Cent's Pitch Fiasco to Sire Spirits' Major League Partnerships: A Strategic Play Beyond Music





### NEWS

- Breaking News
- World
- Tech

- Watch Now
- Politics
- Finance

### SECTION

- Stories
- Arts & Entertainment
- Sports

- Lifestyle
- Health
- Conflict & Defence

The People's Network



Subscribe

BREAKING NEWS   WATCH NOW   WORLD   POLITICS   SPORTS   TECH   FINANCE   STORIES   WEATHER   MEDRIVA   FOLLOW US   MORE SECTIONS

- Terms Of Service
- Editorial Guidelines
- Authors

- Community Guideline
- Advertise With Us
- Download BNN App

LATEST STORIES

- Judge Denies Lenovo's Anti-Suit Injunction Against Ericsson In SEP Licensing Dispute
- Tech Sector Leads Massive Job Cuts In 2024: Major Companies Announce Layoffs
- Regé-Jean Page Joins Fassbender, Blanchett In Soderbergh's 'Black Bag': A Spy Thriller Revelation
- Maria Farrugia's Brace Secures Lewes FC Women's Historic Victory Over Sheffield United
- David Camm: Innocence Proclaimed In Oxygen's Dateline Re-Airing, Triumph Over Wrongful Conviction

- Iowa University's Novel Study Focuses On Faculty Mental Health, Expands Research Across State
- Josh Donaldson's Rollercoaster Twins Tenure: From Record Signing To Retirement
- Stolen Mississippi Racehorse Recovered In Kentucky: Swift Action By MALTB And Local Sheriff
- Lionsgate TV Options 'The Sisterhood: Secret History Of Women At CIA' With Scott Delman Producing

© 2024 BNN