# EXHIBIT 11

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (XI) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: **395618** | (X2) MULTIPLE CONSTRUCTION: A. BLDG: __--_____ B. WING: _____ | (X3) DATE SURVEY COMPLETED: **12/05/2023** |
|---|---|---|---|

NAME OF PROVIDER OR SUPPLIER:
**MULBERRY HEALTHCARE AND REHABILITATION CENTER**

STATE LICENSE NUMBER: **021802**

STREET ADDRESS, CITY, STATE, ZIP CODE:
**411 1/2 WEST MAHONING STREET**
**PUNXSUTAWNEY, PA  15767**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| E 0000 | INITIAL COMMENT<br><br>Based on an Emergency Preparedness Survey completed on December 5, 2023, it was determined that Mulberry Healthcare and Rehabilitation Center had deficiencies that have the potential for minimal harm as related to the requirements of 42 CFR 483.73. | E 0000 | | |
| E 0039<br>SS=C | 483.73(d)(2) EP Testing Requirements<br><br>§416.54(d)(2), §418.113(d)(2), §441.184(d)(2), §460.84(d)(2), §482.15(d)(2), §483.73(d)(2), §483.475(d)(2), §484.102(d)(2), §485.68(d)(2),  §485.542(d)(2), §485.625(d)(2), §485.727(d)(2), §485.920(d)(2), §491.12(d)(2), §494.62(d)(2).<br><br>*[For ASCs at §416.54, CORFs at §485.68, REHs at §485.542, OPO, "Organizations" under §485.727, CMHCs at §485.920, RHCs/FQHCs at §491.12, and ESRD Facilities at §494.62]:<br><br>(2) Testing. The [facility] must conduct exercises to test the emergency plan annually. The [facility] must do all of the following: | E 0039 | A mandatory all staff meeting will be held to review the emergency preparedness plan and discuss any policy changes. A tabletop exercise will also be completed discussing an emergency scenario not fire related to review with the Interdisciplinary Team potential emergency challenges and responses. These educational opportunities will be documented and reviewed annually going forward. | Completion Date:<br>**02/07/2024**<br>Status:<br>**APPROVED**<br>Date:<br>**12/22/2023** |

LABORATORY DIRECTOR'S OR PROVIDER/SUPPLIER REPRESENTATIVE'S SIGNATURE                    TITLE:                    (X6) DATE:

Any deficiency statement ending with an asterisk (*) denotes a deficiency which may be excused from correction providing it is determined that other safeguards provide sufficient protection to the patients. The findings stated above are disclosable whether or not a plan of correction is provided. The findings are disclosable within 14 days after such information is made available to the facility. If deficiencies are cited, an approved plan of correction is requisite to continued program participation.

This form is a printed electronic version of the CMS 2567L. It contains all the information found on the standard document in much the same form. This electronic form once printed and signed by the facility administrator and appropriately posted will satisfy the CMS requirement to post survey information found on the CMS 2567L.

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (XI) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: **395618** | (X2) MULTIPLE CONSTRUCTION: A. BLDG: __--_____ B. WING: _____ | (X3) DATE SURVEY COMPLETED: **12/05/2023** |
|---|---|---|---|
| NAME OF PROVIDER OR SUPPLIER: **MULBERRY HEALTHCARE AND REHABILITATION CENTER** STATE LICENSE NUMBER: **021802** | | STREET ADDRESS, CITY, STATE, ZIP CODE: **411 1/2 WEST MAHONING STREET PUNXSUTAWNEY, PA 15767** | |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| E 0039 SS=C | Continued from page 1<br><br>(i) Participate in a full-scale exercise that is community-based every 2 years; or<br> (A) When a community-based exercise is not accessible, conduct a facility-based functional exercise every 2 years; or<br>    (B) If the [facility] experiences an actual natural or man-made emergency that requires activation of the emergency plan, the [facility] is exempt from engaging in its next required community-based or individual, facility-based functional exercise following the onset of the actual event.<br>(ii) Conduct an additional exercise at least every 2 years, opposite the year the full-scale or functional exercise under paragraph (d)(2)(i) of this section is conducted, that may include, but is not limited to the following:<br>(A) A second full-scale exercise that is community-based or individual, facility-based functional exercise; or<br>(B) A mock disaster drill; or<br>(C) A tabletop exercise or workshop that is led by a facilitator and includes a group discussion using a narrated, clinically-relevant emergency scenario, and a set of problem statements, directed messages, or prepared questions designed to challenge an emergency plan.<br>(iii) Analyze the [facility's] response to and maintain documentation of all drills, tabletop exercises, and emergency events, and revise the [facility's] emergency plan, as needed.<br><br>*[For Hospices at 418.113(d):]<br>(2) Testing for hospices that provide care in the patient's | E 0039 | | |

| | | | | PRINTED: 2/17/2024 |
|---|---|---|---|---|
| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>HEALTH CARE FINANCING ADMINISTRATION | | | | FORM APPROVED<br>2567-L |
| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (XI) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>**395618** | (X2) MULTIPLE CONSTRUCTION:<br>A. BLDG: __--_____<br>B. WING: _____ | | (X3) DATE SURVEY COMPLETED:<br><br>**12/05/2023** |
| NAME OF PROVIDER OR SUPPLIER:<br>**MULBERRY HEALTHCARE AND REHABILITATION CENTER**<br><br>STATE LICENSE NUMBER: **021802** | | STREET ADDRESS, CITY, STATE, ZIP CODE:<br>**411 1/2 WEST MAHONING STREET**<br>**PUNXSUTAWNEY, PA  15767** | | |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| E 0039<br>SS=C | Continued from page 2<br><br>home.  The hospice must conduct exercises to test the emergency plan at least annually.  The hospice must do the following:<br>(i)  Participate in a full-scale exercise that is community based every 2 years; or<br>(A) When a community based exercise is not accessible, conduct an individual facility based functional exercise every 2 years; or<br>(B) If the hospice experiences a natural or man-made emergency that requires activation of the emergency plan, the hospital is exempt from engaging in its next required full scale community-based exercise or individual facility-based functional exercise following the onset of the emergency event.<br>(ii)  Conduct an additional exercise every 2 years, opposite the year the full-scale or functional exercise under paragraph (d)(2)(i) of this section is conducted, that may include, but is not limited to the following:<br>(A)  A second full-scale exercise that is community-based or a facility based functional exercise; or<br>(B)  A mock disaster drill; or<br>(C)  A tabletop exercise or workshop that is led by a facilitator and includes a group discussion using a narrated, clinically-relevant emergency scenario, and a set of problem statements, directed messages, or prepared questions designed to challenge an emergency plan.<br><br>(3) Testing for hospices that provide inpatient care directly.  The hospice must conduct exercises to test the emergency plan twice per year.  The hospice must do the following: | E  0039 | | |

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>HEALTH CARE FINANCING ADMINISTRATION | | | | PRINTED: 2/17/2024<br>FORM APPROVED<br>2567-L |
|---|---|---|---|---|
| STATEMENT OF DEFICIENCIES AND<br>PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA<br>IDENTIFICATION NUMBER:<br>**395618** | (X2) MULTIPLE CONSTRUCTION:<br>A. BLDG: __--_____<br>B. WING: _____ | | (X3) DATE SURVEY<br>COMPLETED:<br>**12/05/2023** |
| NAME OF PROVIDER OR SUPPLIER:<br>**MULBERRY HEALTHCARE AND REHABILITATION CENTER**<br>STATE LICENSE NUMBER: **021802** | | STREET ADDRESS, CITY, STATE, ZIP CODE:<br>**411 1/2 WEST MAHONING STREET**<br>**PUNXSUTAWNEY, PA 15767** | | |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| E 0039<br>SS=C | Continued from page 3<br><br>(i) Participate in an annual full-scale exercise that is community-based; or<br>(A) When a community-based exercise is not accessible, conduct an annual individual facility-based functional exercise; or<br>(B) If the hospice experiences a natural or man-made emergency that requires activation of the emergency plan, the hospice is exempt from engaging in its next required full-scale community based or facility-based functional exercise following the onset of the emergency event.<br>(ii) Conduct an additional annual exercise that may include, but is not limited to the following:<br>(A) A second full-scale exercise that is community-based or a facility based functional exercise; or<br>(B) A mock disaster drill; or<br>(C) A tabletop exercise or workshop led by a facilitator that includes a group discussion using a narrated, clinically-relevant emergency scenario, and a set of problem statements, directed messages, or prepared questions designed to challenge an emergency plan.<br>(iii) Analyze the hospice's response to and maintain documentation of all drills, tabletop exercises, and emergency events and revise the hospice's emergency plan, as needed.<br><br>*[For PRFTs at §441.184(d), Hospitals at §482.15(d), CAHs at §485.625(d):]<br>(2) Testing. The [PRTF, Hospital, CAH] must conduct exercises to test the emergency plan twice per year. The | E 0039 | | |

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>HEALTH CARE FINANCING ADMINISTRATION | | | | PRINTED: 2/17/2024<br>FORM APPROVED<br>2567-L |
|---|---|---|---|---|
| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (XI) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>**395618** | (X2) MULTIPLE CONSTRUCTION:<br>A. BLDG: __--_____<br>B. WING: _____ | | (X3) DATE SURVEY COMPLETED:<br><br>**12/05/2023** |
| NAME OF PROVIDER OR SUPPLIER:<br>**MULBERRY HEALTHCARE AND REHABILITATION CENTER**<br><br>STATE LICENSE NUMBER: **021802** | | STREET ADDRESS, CITY, STATE, ZIP CODE:<br>**411 1/2 WEST MAHONING STREET**<br>**PUNXSUTAWNEY, PA 15767** | | |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| E 0039<br>SS=C | Continued from page 4<br><br>[PRTF, Hospital, CAH] must do the following:<br>(i) Participate in an annual full-scale exercise that is community-based; or<br>(A) When a community-based exercise is not accessible, conduct an annual individual, facility-based functional exercise; or<br>(B) If the [PRTF, Hospital, CAH] experiences an actual natural or man-made emergency that requires activation of the emergency plan, the [facility] is exempt from engaging in its next required full-scale community based or individual, facility-based functional exercise following the onset of the emergency event.<br>    (ii) Conduct an [additional] annual exercise or and that may include, but is not limited to the following:<br> (A) A second full-scale exercise that is community-based or individual, a facility-based functional exercise; or<br>      (B) A mock disaster drill; or<br>    (C) A tabletop exercise or workshop that is led by a facilitator and includes a group discussion, using a narrated, clinically-relevant emergency scenario, and a set of problem statements, directed messages, or prepared questions designed to challenge an emergency plan.<br>    (iii) Analyze the [facility's] response to and maintain documentation of all drills, tabletop exercises, and emergency events and revise the [facility's] emergency plan, as needed.<br><br>*[For PACE at §460.84(d):]<br>(2) Testing. The PACE organization must conduct exercises to test the emergency plan at least annually. The PACE | E 0039 | | |

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: **395618** | (X2) MULTIPLE CONSTRUCTION: A. BLDG: __--__ B. WING: _____ | (X3) DATE SURVEY COMPLETED: **12/05/2023** |
|---|---|---|---|

NAME OF PROVIDER OR SUPPLIER:
**MULBERRY HEALTHCARE AND REHABILITATION CENTER**

STREET ADDRESS, CITY, STATE, ZIP CODE:
**411 1/2 WEST MAHONING STREET**
**PUNXSUTAWNEY, PA 15767**

STATE LICENSE NUMBER: **021802**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| E 0039 SS=C | Continued from page 5<br><br>organization must do the following:<br>(i) Participate in an annual full-scale exercise that is community-based; or<br>(A) When a community-based exercise is not accessible, conduct an annual individual, facility-based functional exercise; or<br>(B) If the PACE experiences an actual natural or man-made emergency that requires activation of the emergency plan, the PACE is exempt from engaging in its next required full-scale community based or individual, facility-based functional exercise following the onset of the emergency event.<br>    (ii) Conduct an additional exercise every 2 years opposite the year the full-scale or functional exercise under paragraph (d)(2)(i) of this section is conducted that may include, but is not limited to the following:<br>(A) A second full-scale exercise that is community-based or individual, a facility based functional exercise; or<br>(B) A mock disaster drill; or<br>(C) A tabletop exercise or workshop that is led by a facilitator and includes a group discussion, using a narrated, clinically-relevant emergency scenario, and a set of problem statements, directed messages, or prepared questions designed to challenge an emergency plan.<br>(iii) Analyze the PACE's response to and maintain documentation of all drills, tabletop exercises, and emergency events and revise the PACE's emergency plan, as needed.<br><br>*[For LTC Facilities at §483.73(d):] | E 0039 | | |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| E 0039<br>SS=C | Continued from page 6<br><br>(2) The [LTC facility] must conduct exercises to test the emergency plan at least twice per year, including unannounced staff drills using the emergency procedures. The [LTC facility, ICF/IID] must do the following:<br>(i) Participate in an annual full-scale exercise that is community-based; or<br>(A) When a community-based exercise is not accessible, conduct an annual individual, facility-based functional exercise.<br>(B) If the [LTC facility] facility experiences an actual natural or man-made emergency that requires activation of the emergency plan, the LTC facility is exempt from engaging its next required a full-scale community-based or individual, facility-based functional exercise following the onset of the emergency event.<br>(ii) Conduct an additional annual exercise that may include, but is not limited to the following:<br>(A) A second full-scale exercise that is community-based or an individual, facility based functional exercise; or<br>(B) A mock disaster drill; or<br>(C) A tabletop exercise or workshop that is led by a facilitator includes a group discussion, using a narrated, clinically-relevant emergency scenario, and a set of problem statements, directed messages, or prepared questions designed to challenge an emergency plan.<br>(iii) Analyze the [LTC facility] facility's response to and maintain documentation of all drills, tabletop exercises, and emergency events, and revise the [LTC facility] facility's emergency plan, as needed. | E 0039 | | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 2/17/2024
FORM APPROVED
2567-L

STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: **395618** | (X2) MULTIPLE CONSTRUCTION: A. BLDG: __--_____ B. WING: _____ | (X3) DATE SURVEY COMPLETED: **12/05/2023**

NAME OF PROVIDER OR SUPPLIER: **MULBERRY HEALTHCARE AND REHABILITATION CENTER**
STREET ADDRESS, CITY, STATE, ZIP CODE: **411 1/2 WEST MAHONING STREET PUNXSUTAWNEY, PA 15767**
STATE LICENSE NUMBER: **021802**

| | | | |
|---|---|---|---|
| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>HEALTH CARE FINANCING ADMINISTRATION | | | PRINTED: 2/17/2024<br>FORM APPROVED<br>2567-L |

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (XI) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>**395618** | (X2) MULTIPLE CONSTRUCTION:<br>A. BLDG: __--_____<br>B. WING: _____ | (X3) DATE SURVEY COMPLETED:<br><br>**12/05/2023** |
|---|---|---|---|
| NAME OF PROVIDER OR SUPPLIER:<br>**MULBERRY HEALTHCARE AND REHABILITATION CENTER**<br>STATE LICENSE NUMBER: **021802** | | STREET ADDRESS, CITY, STATE, ZIP CODE:<br>**411 1/2 WEST MAHONING STREET**<br>**PUNXSUTAWNEY, PA 15767** | |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| E 0039<br>SS=C | Continued from page 7<br><br>*[For ICF/IIDs at §483.475(d)]:<br>(2) Testing. The ICF/IID must conduct exercises to test the emergency plan at least twice per year. The ICF/IID must do the following:<br>(i) Participate in an annual full-scale exercise that is community-based; or<br>(A) When a community-based exercise is not accessible, conduct an annual individual, facility-based functional exercise; or.<br>(B) If the ICF/IID experiences an actual natural or man-made emergency that requires activation of the emergency plan, the ICF/IID is exempt from engaging in its next required full-scale community-based or individual, facility-based functional exercise following the onset of the emergency event.<br>(ii) Conduct an additional annual exercise that may include, but is not limited to the following:<br>(A) A second full-scale exercise that is community-based or an individual, facility-based functional exercise; or<br>(B) A mock disaster drill; or<br>(C) A tabletop exercise or workshop that is led by a facilitator and includes a group discussion, using a narrated, clinically-relevant emergency scenario, and a set of problem statements, directed messages, or prepared questions designed to challenge an emergency plan.<br>(iii) Analyze the ICF/IID's response to and maintain documentation of all drills, tabletop exercises, and emergency events, and revise the ICF/IID's emergency plan, as needed. | E 0039 | | |

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: **395618** | (X2) MULTIPLE CONSTRUCTION: A. BLDG: __--_____ B. WING: _____ | (X3) DATE SURVEY COMPLETED: **12/05/2023** |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER: **MULBERRY HEALTHCARE AND REHABILITATION CENTER** STATE LICENSE NUMBER: **021802** | STREET ADDRESS, CITY, STATE, ZIP CODE: **411 1/2 WEST MAHONING STREET PUNXSUTAWNEY, PA 15767** |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| E 0039 SS=C | Continued from page 8

*[For HHAs at §484.102]
(d)(2) Testing. The HHA must conduct exercises to test the emergency plan at
least annually. The HHA must do the following:
(i) Participate in a full-scale exercise that is community-based; or
    (A) When a community-based exercise is not accessible, conduct an annual individual, facility-based functional exercise every 2 years; or.
    (B) If the HHA experiences an actual natural or man-made emergency that requires activation of the emergency plan, the HHA is exempt from engaging in its next required full-scale community-based or individual, facility based functional exercise following the onset of the emergency event.
(ii) Conduct an additional exercise every 2 years, opposite the year the full-scale or functional exercise under paragraph (d)(2)(i) of this section is conducted, that may include, but is not limited to the following:
    (A) A second full-scale exercise that is community-based or an individual, facility-based functional exercise; or
    (B) A mock disaster drill; or
    (C) A tabletop exercise or workshop that is led by a facilitator and includes a group discussion, using a narrated, clinically-relevant emergency scenario, and a set of problem statements, directed messages, or prepared questions designed to challenge an emergency plan.
(iii) Analyze the HHA's response to and maintain documentation of all drills, tabletop exercises, and | E 0039 | | |

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: **395618** | (X2) MULTIPLE CONSTRUCTION: A. BLDG: __--__ B. WING: _____ | (X3) DATE SURVEY COMPLETED: **12/05/2023** |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER: **MULBERRY HEALTHCARE AND REHABILITATION CENTER** STATE LICENSE NUMBER: **021802** | STREET ADDRESS, CITY, STATE, ZIP CODE: **411 1/2 WEST MAHONING STREET PUNXSUTAWNEY, PA  15767** |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| E 0039 SS=C | Continued from page 9<br><br>emergency events, and revise the HHA's emergency plan, as needed.<br><br>*[For OPOs at §486.360]<br>(d)(2) Testing. The OPO must conduct exercises to test the emergency plan. The OPO must do the following:<br>(i) Conduct a paper-based, tabletop exercise or workshop at least annually. A tabletop exercise is led by a facilitator and includes a group discussion, using a narrated, clinically relevant emergency scenario, and a set of problem statements, directed messages, or prepared questions designed to challenge an emergency plan. If the OPO experiences an actual natural or man-made emergency that requires activation of the emergency plan, the OPO is exempt from engaging in its next required testing exercise following the onset of the emergency event.<br>(ii) Analyze the OPO's response to and maintain documentation of all tabletop exercises, and emergency events, and revise the [RNHCI's and OPO's] emergency plan, as needed.<br><br>*[ RNCHIs at §403.748]:<br>(d)(2) Testing. The RNHCI must conduct exercises to test the emergency plan. The RNHCI must do the following:<br>(i) Conduct a paper-based, tabletop exercise at least annually. A tabletop exercise is a group discussion led by a facilitator, using a narrated, clinically-relevant emergency scenario, and a set of problem statements, directed messages, or prepared questions designed to challenge an emergency plan. | E 0039 | | |

| | | | | |
|---|---|---|---|---|
| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>HEALTH CARE FINANCING ADMINISTRATION | | | | PRINTED: 2/17/2024<br>FORM APPROVED<br>2567-L |

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (XI) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br>**395618** | (X2) MULTIPLE CONSTRUCTION:<br>A. BLDG: __--_____<br>B. WING: _____ | (X3) DATE SURVEY COMPLETED:<br>**12/05/2023** |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER:<br>**MULBERRY HEALTHCARE AND REHABILITATION CENTER**<br>STATE LICENSE NUMBER: **021802** | STREET ADDRESS, CITY, STATE, ZIP CODE:<br>**411 1/2 WEST MAHONING STREET**<br>**PUNXSUTAWNEY, PA  15767** |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| E 0039<br>SS=C | Continued from page 10<br><br>(ii) Analyze the RNHCI's response to and maintain documentation of all tabletop exercises, and emergency events, and revise the RNHCI's emergency plan, as needed.<br><br>This REQUIREMENT is not met as evidenced by: | E 0039 | | |

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>HEALTH CARE FINANCING ADMINISTRATION | | | | PRINTED: 2/17/2024<br>FORM APPROVED<br>2567-L |
|---|---|---|---|---|
| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (XI) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br>**395618** | (X2) MULTIPLE CONSTRUCTION:<br>A. BLDG: __--_____<br>B. WING: _____ | | (X3) DATE SURVEY COMPLETED:<br>**12/05/2023** |
| NAME OF PROVIDER OR SUPPLIER:<br>**MULBERRY HEALTHCARE AND REHABILITATION CENTER**<br>STATE LICENSE NUMBER: **021802** | | STREET ADDRESS, CITY, STATE, ZIP CODE:<br>**411 1/2 WEST MAHONING STREET**<br>**PUNXSUTAWNEY, PA  15767** | | |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| E 0039<br>SS=C | Continued from page 11<br><br>Based on document review and interview, the facility failed to maintain emergency preparedness guidelines for one of one emergency preparedness plan.<br><br>Findings include:<br><br>Document review on December 5, 2023, at 10:05 a.m., revealed the facility failed to conduct the following emergency preparedness plan procedures:<br>A.  (10:05 a.m.) Annual all-employee emergency preparedness training within the previous year followed by an exercise and policy evaluation and the documenting of any necessary policy changes covering site-specific material.<br>B.  (10:05 a.m.)  A tabletop exercise or workshop led by a facilitator that includes a group discussion using a narrated, clinically-relevant emergency scenario and a set of problem statements, directed messages, or prepared questions designed to challenge an emergency plan.<br><br>Interview with the administrator and maintenance | E 0039 | | |

CMS-2567L     LPQH21     IF CONTINUATION SHEET Page 12 of 13

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>HEALTH CARE FINANCING ADMINISTRATION | | | | PRINTED: 2/17/2024<br>FORM APPROVED<br>2567-L |
|---|---|---|---|---|
| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (XI) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br>**395618** | (X2) MULTIPLE CONSTRUCTION:<br>A. BLDG: __--_____<br>B. WING: _____ | | (X3) DATE SURVEY COMPLETED:<br>**12/05/2023** |
| NAME OF PROVIDER OR SUPPLIER:<br>**MULBERRY HEALTHCARE AND REHABILITATION CENTER**<br>STATE LICENSE NUMBER: **021802** | | STREET ADDRESS, CITY, STATE, ZIP CODE:<br>**411 1/2 WEST MAHONING STREET**<br>**PUNXSUTAWNEY, PA 15767** | | |
| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
| E 0039<br>SS=C | Continued from page 12<br><br>supervisor on December 5, 2023, at 10:05 a.m., confirmed the facility did not have the above documentation at the time of the survey. | E 0039 | | |



# Certified End Page

**MULBERRY HEALTHCARE AND REHABILITATION CENTER**

STATE LICENSE NUMBER: 021802

SURVEY EXIT DATE: 12/05/2023

**I Certify This Document to be a True and Correct Statement of Deficiencies and Approved Facility Plan of Correction for the Above-Identified Facility Survey**

*Jeane Parisi*
*Deputy Secretary for Quality Assurance*

*Debra L. Bogen, MD, FAAP*
*Acting Secretary of Health*



THIS IS A CERTIFICATION PAGE

**PLEASE DO NOT DETACH**

THIS PAGE IS NOW PART OF THIS SURVEY