# EXHIBIT 13

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>HEALTH CARE FINANCING ADMINISTRATION | | | | **PRINTED:** 2/17/2024<br>FORM APPROVED<br>2567-L |
|---|---|---|---|---|
| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (XI) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br>**396035** | (X2) MULTIPLE CONSTRUCTION:<br>A. BLDG: __01__<br>B. WING: _____ | | (X3) DATE SURVEY COMPLETED:<br>**12/11/2023** |
| NAME OF PROVIDER OR SUPPLIER:<br>**SCOTTDALE HEALTHCARE & REHABILITATION CENTER**<br>STATE LICENSE NUMBER: **232802** | | STREET ADDRESS, CITY, STATE, ZIP CODE:<br>**900 PORTER AVENUE**<br>**SCOTTDALE, PA 15683** | | |
| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
| K 0000 | INITIAL COMMENT<br><br>Facility ID# 232802<br>Component 01<br>Main Building<br>Based on a Medicare/Medicaid Recertification Survey completed on December 11, 2023, it was determined that Scottdale Healthcare and Rehabilitation Center was not in compliance with the following requirements of the Life Safety Code for an existing health care occupancy. Compliance with the National Fire Protection Association's Life Safety Code is required by 42 CFR 483.90(a).<br>This is a one-story, Type V (000), unprotected wood frame building, without a basement, that is fully sprinklered. | K 0000 | | |
| LABORATORY DIRECTOR'S OR PROVIDER/SUPPLIER REPRESENTATIVE'S SIGNATURE | | | TITLE: | (X6) DATE: |

Any deficiency statement ending with an asterisk (*) denotes a deficiency which may be excused from correction providing it is determined that other safeguards provide sufficient protection to the patients. The findings stated above are disclosable whether or not a plan of correction is provided. The findings are disclosable within 14 days after such information is made available to the facility. If deficiencies are cited, an approved plan of correction is requisite to continued program participation.

This form is a printed electronic version of the CMS 2567L. It contains all the information found on the standard document in much the same form. This electronic form once printed and signed by the facility administrator and appropriately posted will satisfy the CMS requirement to post survey information found on the CMS 2567L.

| DEPARTMENT OF HEALTH AND HUMAN SERVICES | | | | PRINTED: 2/17/2024 |
| --- | --- | --- | --- | --- |
| HEALTH CARE FINANCING ADMINISTRATION | | | | FORM APPROVED |
| | | | | 2567-L |

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (XI) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: **396035** | (X2) MULTIPLE CONSTRUCTION: A. BLDG: __01__ B. WING: _____ | (X3) DATE SURVEY COMPLETED: **12/11/2023** |
| --- | --- | --- | --- |

| NAME OF PROVIDER OR SUPPLIER: **SCOTTDALE HEALTHCARE & REHABILITATION CENTER** STATE LICENSE NUMBER: **232802** | STREET ADDRESS, CITY, STATE, ZIP CODE: **900 PORTER AVENUE** **SCOTTDALE, PA 15683** |
| --- | --- |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
| --- | --- | --- | --- | --- |
| K 0321 SS=E | NFPA 101 Hazardous Areas - Enclosure<br><br>Hazardous Areas - Enclosure<br>Hazardous areas are protected by a fire barrier having 1-hour fire resistance rating (with 3/4 hour fire rated doors) or an automatic fire extinguishing system in accordance with 8.7.1 or 19.3.5.9. When the approved automatic fire extinguishing system option is used, the areas shall be separated from other spaces by smoke resisting partitions and doors in accordance with 8.4. Doors shall be self-closing or automatic-closing and permitted to have nonrated or field-applied protective plates that do not exceed 48 inches from the bottom of the door.<br>Describe the floor and zone locations of hazardous areas that are deficient in REMARKS.<br>19.3.2.1, 19.3.5.9<br><br>Area                   Automatic Sprinkler<br>     Separation     N/A<br>a. Boiler and Fuel-Fired Heater Rooms<br>b. Laundries (larger than 100 square feet)<br>c. Repair, Maintenance, and Paint Shops<br>d. Soiled Linen Rooms (exceeding 64 gallons)<br>e. Trash Collection Rooms (exceeding 64 gallons)<br>f. Combustible Storage Rooms/Spaces (over 50 square feet)<br>g. Laboratories (if classified as Severe Hazard - see K322)<br><br>This REQUIREMENT is not met as evidenced by: | K 0321 | K 0321<br>1. Facility will seal there was an unsealed duct work penetration in the ceiling of the laundry room above the dryers and the unsealed wire penetration in the ceiling of the laundry room on the soiled linen side.<br>2. Maintenance Director will conduct a facility sweep to ensure all duct work is sealed in hazardous area enclosures.<br>3. NHA will re-educate the Maintenance Director on K0321 that the facility must maintain hazardous area enclosures.<br>4. Maintenance Director/Designee will conduct 1 random audit weekly for 8 weeks to ensure duct work in a hazardous area enclosure is sealed. Audit results will be taken to Quality Assurance for tracking and trending purposes. | Completion Date: **01/09/2024** Status: **APPROVED** Date: **01/03/2024** |

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>HEALTH CARE FINANCING ADMINISTRATION | | | | PRINTED: 2/17/2024<br>FORM APPROVED<br>2567-L |
|---|---|---|---|---|
| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (XI) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>**396035** | (X2) MULTIPLE CONSTRUCTION:<br>A. BLDG: __01__<br>B. WING: _____ | | (X3) DATE SURVEY COMPLETED:<br><br>**12/11/2023** |
| NAME OF PROVIDER OR SUPPLIER:<br>**SCOTTDALE HEALTHCARE & REHABILITATION CENTER**<br><br>STATE LICENSE NUMBER: **232802** | | STREET ADDRESS, CITY, STATE, ZIP CODE:<br>**900 PORTER AVENUE**<br>**SCOTTDALE, PA 15683** | | |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| K 0321<br><br>SS=E | Continued from page 2<br><br>Based on observation and interview, it was determined the facility failed to maintain hazardous area enclosures in two instances, affecting one of two smoke compartments.<br><br>Findings include:<br><br>1. Observation on December 11, 2023, revealed the facility failed to maintain the required one-hour fire rating in the following hazardous area enclosure locations:<br><br>a) 11:05 a.m., there was an unsealed duct work penetration in the ceiling of the laundry room above the dryers;<br>b) 11:09 a.m., there was an unsealed wire penetration in the ceiling of the laundry room on the soiled linen side.<br><br>Interview with the Facility Administrator and the Maintenance Supervisor on December 11, 2023, at 12:30 p.m., confirmed the listed hazardous area | K 0321 | | |

CMS-2567L     VO4W21     IF CONTINUATION SHEET Page 3 of 4

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>HEALTH CARE FINANCING ADMINISTRATION | | | | PRINTED: 2/17/2024<br>FORM APPROVED<br>2567-L |
|---|---|---|---|---|
| STATEMENT OF DEFICIENCIES AND<br>PLAN OF CORRECTION (POC) | (XI) PROVIDER/SUPPLIER/CLIA<br>IDENTIFICATION NUMBER:<br>**396035** | (X2) MULTIPLE CONSTRUCTION:<br>A. BLDG: __01__<br>B. WING: _____ | | (X3) DATE SURVEY<br>COMPLETED:<br>**12/11/2023** |

NAME OF PROVIDER OR SUPPLIER:
**SCOTTDALE HEALTHCARE & REHABILITATION CENTER**

STATE LICENSE NUMBER: **232802**

STREET ADDRESS, CITY, STATE, ZIP CODE:
**900 PORTER AVENUE**
**SCOTTDALE, PA 15683**

| (X4) ID<br>PREFIX<br>TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID<br>PREFIX<br>TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5)<br>COMPLETE<br>DATE |
|---|---|---|---|---|
| K 0321<br>SS=E | Continued from page 3<br><br>enclosure deficiencies. | K 0321 | | |

CMS-2567L  VO4W21  IF CONTINUATION SHEET Page 4 of 4



# Certified End Page

**SCOTTDALE HEALTHCARE & REHABILITATION CENTER**

STATE LICENSE NUMBER: 232802

SURVEY EXIT DATE: 12/11/2023

*I Certify This Document to be a True and Correct Statement of Deficiencies and Approved Facility Plan of Correction for the Above-Identified Facility Survey*

*Jeane Parisi*
*Deputy Secretary for Quality Assurance*

*Debra L. Bogen, MD, FAAP*
*Acting Secretary of Health*



THIS IS A CERTIFICATION PAGE

**PLEASE DO NOT DETACH**

THIS PAGE IS NOW PART OF THIS SURVEY