# EXHIBIT 15

**From:** Shaya Zidele <shaya@bonamourhg.com>
**Sent:** Tuesday, March 5, 2024 7:08 PM
**To:** Travis Behl <TBehl@reverecapital.com>
**Cc:** Akiva Schonfeld <Akiva@theportopiccologroup.com>; Mark Zafrin <mzafrin@lucbro.com>; Mike Zidele <mzidele@bonamourhg.com>
**Subject:** Bonamour Receivership

Hi Travis

Per my conversation with Akiva, cc'd here, please proceed with putting these facilities through the receivership process. Please confirm receipt.


**Shaya Zidele**
**Chief Executive Officer**
Bonamour Health Group
O. 845.385.5981



**Confidentiality Notice:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

Get Outlook for iOS