IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REVERE TACTICAL OPPORTUNITIES REIT, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| JEFFERSON HILLS ACQUISITION LLC, BEAVER HEALTHCARE REAL ESTATE, LLC, MULBERRY HEALTHCARE REAL ESTATE, LLC, RIDGEVIEW HEALTHCARE REAL ESTATE, LLC, LAKEVIEW HEALTHCARE REAL ESTATE, LLC, SCOTTDALE HEALTHCARE REAL ESTATE, LLC, JEFFERSON HILLS OPERATING LLC, BEAVER HEALTHCARE OPERATING, LLC, MULBERRY HEALTHCARE OPERATING, LLC, RIDGEVIEW HEALTHCARE OPERATING, LLC, LAKEVIEW HEALTHCARE OPERATING LLC, and SCOTTDALE HEALTHCARE OPERATING, LLC, | § § § § § § § § § § § § § § § § § § | CASE NO. 3:24-cv-52 |

# **SUPPLEMENT TO RECEIVER'S SECOND REPORT**

On March 7, 2024, the United States District Court for the Western District of Pennsylvania (the "Court") entered an Order Appointing Receiver in an action styled: Revere Tactical Opportunities REIT, LLC, Plaintiff, vs. Jefferson Hills Acquisition LLC, et al., Defendants, Case No. 3:24-cv-52 (the "Action") appointing Michael F. Flanagan (the "Receiver") to serve as the receiver for the six (6) skilled nursing facilities listed on **Exhibit "A"** hereto (each a "Facility" and the "Facilities"). The Receiver was appointed as the receiver for the Facilities at the request of Revere Tactical Opportunities REIT, LLC, who is the term lender to the Facilities.

The Receiver hereby files the following Supplement to the previously filed Report with the Court.

1.      Income statements for February 2024 are attached as **Exhibit "B"** hereto.  March 2024 income statements will be as an additional supplement once available.

2.      The Commonwealth of Pennsylvania recently issued a Certificate of Authority confirming the CCRC status for Jefferson Hills effective as of July 7, 2023.  Receiver is currently actively looking for a new replacement tenant who would agree to apply for a license and reopen Jefferson Hills prior to July 1, 2024.

3.      The issues being investigated by the Department of Labor have been recently resolved and Receiver has been notified that the investigation has been closed by the DOL.

Respectfully submitted,

**MICHAEL F. FLANAGAN, RECEIVER**


By: _Michael F. Flanagan_
        Michael F. Flanagan
        14005 Outlook
        Overland Park, KS 66223
        (913) 269-8280
        Email: MikeFlanagan@MFFLLC.com