# EXHIBIT "A"

## FACILITIES

| Property Owner | Operator | Facility Name & Address |
|---|---|---|
| Jefferson Hills Acquisition LLC | Jefferson Hills Operating LLC | Jefferson Hills Healthcare and Rehabilitation Center 448 Old Clairton Rd., Clairton, PA 15025 |
| Beaver Healthcare Real Estate, LLC | Beaver Healthcare Operating, LLC | Beaver Healthcare and Rehabilitation Center 616 Golf Course Rd., Aliquippa, PA 15001 |
| Mulberry Healthcare Real Estate, LLC | Mulberry Healthcare Operating, LLC | Mulberry Healthcare and Rehabilitation Center 411 W. Mahoning St. Punxsutawney, PA 15767 |
| Ridgeview Healthcare Real Estate, LLC | Ridgeview Healthcare Operating, LLC | Ridgeview Healthcare and Rehabilitation Center 30 4th Avenue, Curwensville, PA 16833 |
| Lakeview Healthcare Real Estate, LLC | Lakeview Healthcare Operating LLC | Lakeview Healthcare and Rehabilitation Center 15 W. Willow Street, Smethport, PA 16749 |
| Scottdale Healthcare Real Estate, LLC | Scottdale Healthcare Operating, LLC | Scottdale Healthcare and Rehabilitation Center 900 Porter Ave., Scottdale, PA 15683 |