UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REVERE TACTICAL OPPORTUNITIES REIT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JEFFERSON HILLS ACQUISITION LLC, BEAVER HEALTHCARE REAL ESTATE, LLC, MULBERRY HEALTHCARE REAL ESTATE, LLC, RIDGEVIEW HEALTHCARE REAL ESTATE, LLC, LAKEVIEW HEALTHCARE REAL ESTATE, LLC, SCOTTDALE HELATHCARE REAL ESTATE, LLC, JEFFERSON HILLS OPERATING LLC, BEAVER HEALTHCARE OPERATING, LLC, MULBERRY HEALTHCARE OPERATING, LLC, RIDGEVIEW HEALTHCARE OPERATING, LLC, LAKEVIEW HEALTHCARE OPERATING LLC, AND SCOTTSDALE HEALTHCARE OPERATING, LLC,<br><br>Defendants. | Case No. 3:24-cv-00052-KRG |

### [PROPOSED] ORDER

AND NOW, this 7th day of June, 2024, upon consideration of the "Joint Stipulation" (ECF 36 ), IT IS HEREBY ORDERED that the Joint Stipulation is GRANTED.

BY THE COURT:

_____
KIM R. GIBSON
UNITED STATES DISTRICT JUDGE